No. D–1088. IN RE DISBARMENT OF KRAMER. It is ordered that Arnold I. Kramer, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.